STEWART W. MACKENZIE, Appellant, *v.* UNION RAILWAY COMPANY OF NEW YORK CITY, Respondent.

*MacKenzie* v. *Union Railway Co.*, 82 App. Div. 124, affirmed.
(Argued May 20, 1904; decided June 3, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered August 5, 1903, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

*Franklin Pierce* and *I. Newton Williams* for appellant.

*Charles F. Brown, Bayard H. Ames* and *Henry A. Robinson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, CULLEN and WERNER, JJ.  Absent: HAIGHT, J.